ACCEPTED
04-14-00126-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/17/2015 6:06:54 PM
KEITH HOTTLE
CLERK



# M. PATRICK MAGUIRE, P.C.

### ATTORNEY AT LAW

August 17, 2015

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/17/15 6:06:54 PM

KEITH E. HOTTLE
Clerk

**_VIA CERTIFIED MAIL, RRR_**
**_7012 3460 0001 4716 0653_**
Mr. Joel Price Morris, TDCJ #01916254
TDCJ – Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

Re: **Cause No. 5226,** _State of Texas v. Joel Price Morris,_ 216th _Judicial District Court, Kendall County, Texas_

Dear Mr. Morris:

Enclosed please find a copy of the opinion and judgment that were handed down by the Fourth Court of Appeals in your case. The Court of Appeals has affirmed the judgment of the trial court.

You have the right to file a pro se Petition for Discretionary Review with the Court of Criminal Appeals pursuant to Rules of Appellate Procedure. Any Petition for Discretionary Review must be filed within 30 days after the day the Court of Appeals rendered its judgment. The Court of Appeals rendered judgment in your case on August 12, 2015.

Please feel free to contact me should you have any questions.

Sincerely,

**M. Patrick Maguire, P.C.**

M. Patrick Maguire

Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
_(Domestic Mail Only; No Insurance Coverage Provided)_

For delivery information visit our website at www.usps.com®

AMARILLO, TX 79107      OFFICIAL USE

| | | 0028 |
| --- | --- | --- |
| Postage | $3.45 | 03 |
| | $2.80 | |
| Certified Fee | $0.00 | |
| | $0.00 | Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.93 | |
| Total Postage & Fees | $7.18 | 08/17/2015 |

Sent To JOEL PRICE MORRIS
Street, Apt. No.; or PO Box No. 9601 SPUR 591
City, State, ZIP+4 AMARILLO, TX 79107-960

PS Form 3800, August 2006          See Reverse for Instructions

945 Barnett St. · Kerrville, TX 78028
Ph. 830.895.2590 · Fax 830.895.2594 · mpmlaw@ktc.com

Certified Mediator · **B BOARD CERTIFIED**® Criminal Appellate Law
Texas Board of Legal Specialization